[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 13, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-11915
Non-Argument Calendar

_____

D. C. Docket No. 05-00184-CR-ORL-22DAB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN GUZMAN-CRUZ,
a.k.a. Mario Gonzalez-Rangel,
a.k.a. Maximo R. Gonzalez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(October 13, 2006)**

Before ANDERSON, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Clarence W. Counts, Jr., appointed counsel for Juan Guzman-Cruz in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Guzman-Cruz's conviction and resulting sentence are **AFFIRMED**.